IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RENE ORTIZ, §<br>　　#55199-177, §<br>　　　　*Plaintiff*, §<br>§<br>v. §<br>§<br>BUREAU OF PRISONS, §<br>　　　　*Defendant.* § | Civil Action No. 3:24-CV-2602-X-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

**IT IS SO ORDERED** this 28th day of April, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE